UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD EUGENE THOMAS, | ) | CASE NO. CV 11-4443-ODW (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| TERRI GONZALES, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 25, 2011 .

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd